IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | WALTER H. RICE |
| v. | : | **INFORMATION**<br>18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |
| DAVID DWAYNE WEAVER, | : | |
| Defendant. | : | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

<u>COUNT 1</u>
[18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)]

Beginning on an exact date unknown, but at least by on or about July 13, 2018, in the Southern District of Ohio, the defendant, **DAVID DWAYNE WEAVER**, knowingly possessed matters which contain visual depictions that that had been shipped and transported using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and the producing of such visual depictions involved the use of prepubescent minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

BENJAMIN C. GLASSMAN
United States Attorney

SAMEE HARDEN
Assistant United States Attorney