IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19CR097 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| DAVID DWAYNE WEAVER | : | ORDER UNSEALING INFORMATION (R. 20) FORWARD |
| Defendant. | : | |

Upon Motion of the United States, the Information (R. 20) forward is hereby ordered unsealed.

5-30-19
DATE

JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT