IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19cr97 |
| Plaintiff, | : | |
| vs. | : | JUDGE WALTER H. RICE |
| DAVID DWAYNE WEAVER | : | |
| Defendant. | : | |

ENTRY REFERRING DEFENDANT TO DR. DAVID ROUSH, PSY.D. FOR PURPOSES OF A MENTAL STATUS EVALUATION, PURSUANT TO 18 U.S.C. §3552(c); PROCEDURES ORDERED OF COUNSEL

Pursuant to the record made in open Court on September 16, 2019, and 18 U.S.C. §3552(c), refers Defendant herein to Dr. David Roush, Psy.D. for the purposes of a mental status evaluation.

Accordingly, it is the request of this Court that counsel for the Defendant and the government furnish Dr. David Roush, Psy.D. with any materials and/or statements they wish within seven days from date of this Entry. For its part, the Court will furnish Dr. Roush with the criminal complaint and the pre-sentence investigation report once available. Dr. Roush should delay any evaluation until expiration of the seven day period.

Dr. David Roush, Psy.D. shall contact defendant's attorney, Thomas Anderson, 937-225-7687, to schedule an appointment.

September 16, 2019

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record