IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:19cr97 |
| Plaintiff, | : | |
| | : | JUDGE WALTER H. RICE |
| vs. | : | |
| DAVID DWAYNE WEAVER | : | |
| Defendant. | : | |

---

ENTRY ALLOWING DR. DAVID ROUSH, PSY.D. TO VISIT DEFENDANT

---

It is the request of this Court that the Shelby County Jail allow Dr. David Roush, Psy.D. to visit defendant in this matter on March 6, 2020 for purposes of interviewing defendant and completing his evaluation.

February 26, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
United States Marshal
Shelby County Jail
Counsel of record